UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Leonard L. Kenney

    v.                                        No. 06-fp-001

NH Department of Corrections,
Commissioner, et al.


**ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS**


    Plaintiff's request to proceed in forma pauperis is hereby
granted, but only for the purpose of waiving the filing fee.

    This case has been assigned civil number 06-cv-001-PB.

    **SO ORDERED.**


                        _____
                        James R. Muirhead
                        United States Magistrate Judge


Date:   January 17, 2006

cc:     Leonard L. Kenney, *pro se*