UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Leonard L. Kenney

  v.            No. 06-fp-001

NH Department of Corrections,
Commissioner, et al.

### ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number 06-cv-001-PB.

**SO ORDERED.**

            _/s/ James R. Muirhead_
            James R. Muirhead
            United States Magistrate Judge

Date: January 17, 2006

cc:  Leonard L. Kenney, *pro se*