## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

Leonard L. Kenney

    v.                                    Civil No. 06-cv-001-PB

N.H. Department of Corrections,
Commissioner, et al.

### O R D E R

Plaintiff moved to amend his complaint to add Joyce A. Leeka as a defendant. He alleged that she decided that:

> ". . . the petitioner . . . does not meet the State of New Hampshire Hepatitis C treatment state protocol . . ."

In its objection defendants stated:

> "Joyce Leeka does not make treatment decisions . . . but Dr. Englander makes treatment decisions based on prison protocol."

They further stated that Leeka shouldn't be made a defendant, that she is only the messenger for the decision maker.

In reliance on defendants' judicial admission that Dr. Englander, not Ms. Leeka, denied the treatment to petitioner, I denied the motion. "The treatment" in that admission means "treatment combination therapy (Peginterferon/Ribavirin)"; not any or other treatment.

Granted as set forth.

**SO ORDERED.**

/s/ James R. Muirhead
James R. Muirhead
United States Magistrate Judge

Date: May 16, 2006

cc:   Leonard L. Kenney, *pro se*
      Daniel J. Mullen, Esq.